1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Acting Chief, Civil Division
3  JAMES A. SCHARF (CSBN 152171)
   Assistant United States Attorney
4
5      150 Almaden Boulevard, Suite 900
       San Jose, CA 95113
6      Telephone: (408) 535-5044
       FAX: (408) 535-5081
7      james.scharf@usdoj.gov
8  Attorneys for Defendant
9                    UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
10                        SAN JOSE DIVISION
11
   NASIR UDDIN,                          )
12                                       )    CASE NO. C 12-00908 PSG
                   Plaintiff,            )
13                                       )    DEFENDANT'S RESPONSE TO PLAINTIFF'S
          v.                             )    MOTION TO ENLARGE TIME; [PROPOSED]
14                                       )    ORDER
   JOHN MCHUGH,                          )
15  SECRETARY OF THE ARMY,               )
                                         )
16                 Defendant.            )
   _____)
17
18      On October 1, 2012, defendant's counsel received plaintiff's "motion to enlarge time to file and
19  declaration in support thereof for summary judgment."  In this document, plaintiff requests the Court to
20  extend plaintiff's time to file an opposition to defendant's pending motion for summary judgment to
21  November 30, 2012.  Plaintiff's only basis for this request is that he is still without counsel and cannot
22  afford to purchase his deposition transcript from the court reporter.  Defendant responds to that motion
23  as follows:
24      After reviewing plaintiff's motion to enlarge time, also on October 1, 2012, in order to amicably
25  resolve this dispute and keep this case moving forward toward resolution in accordance with the current
26  case schedule, defense counsel AUSA James A. Scharf called plaintiff and proposed the following: 1.
27  Defense counsel will federal express plaintiff a complete copy of his deposition transcript with exhibits
28  DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO ENLARGE TIME AND [PROPOSED] ORDER
   Case No. C 12-00908 PSG

at no charge on October 1, 2012, for delivery on October 2, 2012.  2.  Defendant will stipulate to allowing plaintiff an additional 14 days to and including October 16, 2012, to file plaintiff's opposition to defendant's pending motion for summary judgment.  3.  Defendant will lodge a complete copy of plaintiff's deposition transcript with the Court so that the Court, if it so desires, can review plaintiff's entire deposition transcript when it adjudicates defendant's pending motion for summary judgment.

Plaintiff responded to this proposal by stating that he still would be unable to file an opposition to defendant's pending motion for summary judgment by October 16, 2012, because he is without counsel.  Defense counsel replied that he would still federal express plaintiff a complete copy of his deposition transcript with exhibits on October 1, 2012, for delivery on October 2, 2012,[1] and would advise the Court of this meet and confer effort.[2]

For the following reasons, this Court should extend the time plaintiff may file an opposition to defendant's pending motion for summary judgment to and including October 16, 2012 and deny plaintiff's motion in all other respects:

1.  This Court has previously denied plaintiff's motion for appointment of counsel.  *See* Document 16.  For the reasons stated in defendant's pending motion for summary judgment, defendant respectfully submits that this case still lacks sufficient merit to justify appointment of counsel.

2.  On September 27, 2012, this Court referred this case to Magistrate Judge Lloyd for settlement conference to be completed on or before October 30, 2012.  Document 30.  On September 28, 2012, Magistrate Judge Lloyd set the settlement conference for October 26, 2012, with the settlement conference statement and confidential settlement letter due on October 19, 2012.  Document 31.[3]  In

---

[1]/  On October 1, 2012, as promised, defense counsel federal expressed plaintiff a complete copy of plaintiff's deposition transcript with exhibits.

[2]/  I declare under penalty of perjury that the facts set forth in this response, including but not limited to my conversation with plaintiff on October 1, 2012, are true and correct to my personal knowledge.

[3]/  Defense counsel was informed by Magistrate Judge Lloyd's Court Clerk that this was the *only* date that Magistrate Judge Lloyd had available for a settlement conference prior to October 30, 2012.

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO ENLARGE TIME AND [~~PROPOSED~~] ORDER
Case No. C 12-00908 PSG

order for the settlement conference to be meaningful, it would be desirable for defendant's motion for summary judgment to be fully briefed before the settlement conference, so that Magistrate Judge Lloyd can review those papers and provide the parties with input about the probability defendant will prevail on that motion and thus make an appropriate recommendation.

      3.   Along with its reply brief in support of its motion for summary judgment, defendant will provide the Court with a complete copy of plaintiff's deposition transcript and exhibits.  Should the Court wish to review that transcript, it would find that plaintiff's testimony is non-responsive, conclusory, speculative and does not create a genuine dispute of material fact sufficient to justify a jury trial.

      To keep this case moving forward toward resolution, either through settlement or by motion, in accordance with the current case schedule, this Court should extend the time plaintiff may file an opposition to defendant's pending motion for summary judgment to and including October 16, 2012 and deny that motion in all other respects.  A proposed Order is set forth below.


DATED: October 1, 2012


                                  MELINDA HAAG
                                  United States Attorney


                                        /S/
                                  _____
                                  JAMES A. SCHARF
                                  Assistant United States Attorney

[<del>PROPOSED</del>] ORDER

For the reasons set forth in defendant's response to plaintiff's motion to enlarge time, and for good cause, it is hereby ordered:

1.  Plaintiff's opposition to defendant's pending motion for summary judgment must be filed and received by defense counsel on or before October 16, 2012.

2.  Defendant's reply to plaintiff's opposition to defendant's pending motion for summary judgment must be filed and received by plaintiff on or before October 23, 2012.  Along with his reply brief, defendant shall also provide the Court a complete copy of plaintiff's deposition transcript with exhibits.

3.  The parties shall go forward with the October 26, 2012, settlement conference before Magistrate Judge Lloyd.

4.  Plaintiff's motion to extend time to file is denied in all other respects.  To the extent plaintiff intends that motion to be a renewed request for a court-appointed attorney, it is again denied as it still appears, based on the present record, that this case lacks sufficient merit to justify appointment of counsel.

IT IS SO ORDERED.

DATED: October __2__, 2012.

Hon. Paul S. Grewal
United States Magistrate Judge

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO ENLARGE TIME AND [<del>PROPOSED</del>] ORDER
Case No. C 12-00908 PSG

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she is causing a copy of the following:

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO ENLARGE TIME; [PROPOSED] ORDER**

**NASIR UDDIN vs. JOHN MCHUGH**
**Case No.  C 12-00908 PSG**

to be served this date upon the party(ies) as follows:

____     **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____     **CERTIFIED MAIL** (#) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____     **PERSONAL SERVICE (BY MESSENGER)**

____     **FACSIMILE (FAX)**

_√_     **FEDERAL EXPRESS**

____     **HAND-DELIVERED**

to the parties addressed as follows:

**Nasir Uddin**
**17639 Winding Creek Road**
**Salinas, CA 93985**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of October, 2012, at San Jose, California.

*/s/ Mimi Lam*

_____
Mimi Lam
Legal Assistant